■ DONNA M. QUIRINO, Appellant, v EDUCATIONAL BUS TRANS, INC., et al., Respondents. [750 NYS2d 507] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Underwood, J.), dated August 24, 2001, which granted the defendants' motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendants' medical evidence established a prima facie case that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) (*see Gaddy v Eyler,* 79 NY2d 955, 956-957). The medical evidence submitted by the plaintiff in opposition to the motion failed to raise a triable issue of fact (*see* CPLR 3212 [b]). Altman, J.P., S. Miller, McGinity, Schmidt and Rivera, JJ., concur.